UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,

    Plaintiff,

v.

REDDIT, INC.,

    Defendant.

CIVIL ACTION NO. 3:24-CV-1114

(SAPORITO, J.)

## ORDER

Now before the court is a report and recommendation of United States Magistrate Judge Martin C. Carlson, in which he recommends that this action be dismissed with prejudice. (Doc. 8).

Judge Carlson recommends that the plaintiff's claims against Reddit, Inc. be dismissed as all the plaintiff's claims are time-barred, many of which additionally fail to state a claim upon which relief can be granted. Judge Carlson recommends that the dismissal be without leave to amend, as any further amendment would be futile.

No objections have been filed to the report and recommendation, resulting in the forfeiture of de novo review by this court. *See Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007); *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Carlson's analysis to be well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Carlson (Doc. 8) is **ADOPTED**;

2. The plaintiff's claims are **DISMISSED** as time-barred under the applicable statute of limitations;

3. Any appeal from this order is deemed to be frivolous and not taken in good faith, *see* 28 U.S.C. § 1915(a)(3); and

4. The clerk shall mark this case as **CLOSED**.

Dated: December 11, 2024

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.